UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BERTHA GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:08-cv-1215-DFH-TAB |
| ) | |
| ARAMARK CORRECTIONAL SERVICES, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

ORDER TO SHOW CAUSE

This action was removed to federal court on September 10, 2008, and the court has completed its normal review of the pleadings. The removal petition attempts to invoke the court's diversity jurisdiction under 28 U.S.C. § 1332. Defendant Aramark Correctional Services is a limited liability company, but has pleaded its citizenship as if it were a corporation. A limited liability company is treated like a partnership, however, so that all of its members and their citizenships must be set forth. See *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

Accordingly, defendant is hereby ORDERED TO SHOW CAUSE **no later than September 25, 2008**, why this action should not be remanded for lack of jurisdiction. An amended removal petition curing the problem may be a sufficient response.

-2-

So ordered.

Date:  September 11, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Andrew C. Briscoe
DREWRY SIMMONS VORNEHM, LLP
abriscoe@drewrysimmons.com

Kevin Edward Deville
THE LAW OFFICE OF STANLEY KAHN
kdeville@stanleykahn.com

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Stanley  Kahn
THE LAW OFFICE OF STANLEY KAHN
kahn@iquest.net