UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BERTHA GRAY, ) | | |
|     Plaintiff, ) | | |
| ) | | |
|   vs. ) | | 1:08-cv-1215-LJM-TAB |
| ) | | |
| ARAMARK CORRECTIONAL ) | | |
| SERVICES, LLC, *et al.*, ) | | |
|     Defendants. ) | | |

**ORDER**

Before the Court is Defendant Aramark's "motion for in camera review of insurance policy and to produce redacted declaration pages." [Docket No. 122.] The Court addressed production of Defendant's insurance policy at a March 2, 2010, hearing. Plaintiff is entitled to the relevant insurance policy and declaration pages pursuant to the terms of the protective order. [Docket No. 121.] The Court thus finds no need for an in camera review and orders Defendant to produce to Plaintiff, within seven days of the date of this order, a complete copy of all insurance documents, including declaration pages, evidencing insurance coverage for the loss sustained by Plaintiff.

However, Plaintiff did not specifically address Defendant's request that the insurance premiums be redacted from the declaration pages, and the relevance of this information is suspect. The Court therefore grants Defendant's request to produce the relevant insurance declaration pages with the premium amount redacted. Defendant's motion [Docket No. 122] is thus granted in part and denied in part.

Dated: 05/27/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Donald G. Banta
INDIANA OFFICE OF THE ATTORNEY GENERAL
donald.banta@atg.in.gov

Rochelle Elaine Borinstein
Attorney at Law
rborinstein@stanleykahn.com

Andrew C. Briscoe
DREWRY SIMMONS VORNEHM, LLP
abriscoe@drewrysimmons.com

William Eric Brodt
LAW OFFICES OF LIBERTY MUTUAL GROUP
eric.brodt@libertymutual.com

Kevin Edward Deville
THE LAW OFFICE OF STANLEY KAHN
kdeville@stanleykahn.com

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Stanley Kahn
THE LAW OFFICES OF STANLEY KAHN
kahn@iquest.net

Jenna C. Lower
LAW OFFICES OF THE LIBERTY MUTUAL GROUP
jenna.lower@libertymutual.com

Matthew James Schafer
DREWRY SIMMONS VORNEHM, LLP
mschafer@drewrysimmons.com

Robert Bruce Sutherland
rsutherland@hanover.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov